MALCOLM S. SEGAL - 075481
KIMBERLY A. URIE - 133992
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
STEVE TACANG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-05-138 GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| STEVE TACANG, | |
| Defendant.                                   / | |

     Defendant Steve Tacang, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Robert Tice Raskin, agree and stipulate that the status conference set for December 30, 2005 may be continued to February 17, at 9:00 AM, in order to permit the defense to investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

     This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of defense counsel to conduct further investigation.  In particular, there are extensive discovery documents, including tax returns and desk audits, which counsel must continue to review and investigate to further the defense.  Accordingly, the time

1

between the scheduled court appearance on December 30, 2005 and the status conference on February 17, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: December 16, 2005          SEGAL & KIRBY

By: /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant Steve Tacang

Dated: December 16, 2005

By: /s/ Robert Tice Raskin
Robert Tice Raskin
Assistant United States Attorney

IT IS SO ORDERED.

DATED:   December 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge