MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
STEVE TACANG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-05-138 GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| STEVE TACANG, | |
| Defendant. _____/ | |

    Defendant Steve Tacang, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Robert Tice Raskin, agree and stipulate that the status conference set for June 2, 2006  may be continued to August 4, 2006 at 9:00 a.m., in order to permit the defense to investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

    This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of defense counsel to conduct further investigation.  In particular, there are extensive discovery documents, including tax returns and desk audits, which counsel must continue to review and investigate to further the defense.  Accordingly, the time

1

between the scheduled court appearance on June 2, 2006 and the status conference on August 4, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: May 23, 2006                  SEGAL & KIRBY

By: /s/ Malcolm S. Segal
    MALCOLM S. SEGAL
    Counsel for Defendant Steve Tacang

Dated: May 23, 2006

By: /s/ Robert Tice Raskin
    ROBERT TICE RASKIN
    Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge