```
MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
STEVE TACANG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-05-138 GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF SENTENCING** |
| vs. | _____ |
| STEVE TACANG, | |
| Defendant._____/ | |

Defendant Steve Tacang, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Robert Tice Raskin, agree and stipulate that the sentencing date currently set for January 26, 2007 may be continued to March 2, 2007 at 9:00 a.m., in order to permit the defendant to complete the requirements of the plea agreement, and to permit the parties to prepare for sentencing.

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, and complexity of the legal and factual issues. Accordingly, the time between the scheduled sentencing on January 26, 2007 and the proposed continued date for sentencing on March 2, 2007 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to

complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: January 22, 2007                **SEGAL & KIRBY**

By: /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant Steve Tacang

Dated: January 22, 2007

By: /s/ S. ROBERT TICE-RASKIN
S. ROBERT TICE-RASKIN
Assistant United States Attorney

### ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED** that the sentencing date previously set for January 26, 2007, is continued to March 2, 2007, at 9:00 a.m..

Dated: January 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge