MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
STEVE TACANG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STEVE TACANG,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. S-05-138 GEB<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE OF DEED OF TRUST SECURING PRE-TRIAL APPEARANCE BOND AND RELEASE OF PASSPORT**<br>_____ |

Defendant Steve Tacang was indicted and ordered released pending trial on terms and conditions which included the execution and filing of an Appearance Bond in the amount of $100,000 and surrender of his United States passport.  The Bond was secured by equity in real property located at 8024 Bridgeburn Court, Elk Grove, California.  On or about April 12, 2005, the defendant surrendered his passport to the Clerk of this Court (passport no. 055638382; receipt no. 203 6119), and on or about May 13, 2005, the defendant filed the required Appearance Bond and a recorded Deed of Trust (receipt no. 200520050503) naming the Clerk of this Court as Beneficiary and Steve and Estillita Tacang as Trustors.

1

1   On March 9, 2007, defendant Steve Tacang was sentenced by this Court to a total term of twenty-one months imprisonment and was ordered to pay restitution in the amount of $194,740.06.  Judgment was entered on March 22, 2007.

Defendant surrendered on April 9, 2007, and is currently incarcerated at the Taft camp facility in Taft, California.  As it appears the defendant has fully complied with the conditions of his release, and that no grounds for forfeiting bail have been raised or otherwise appear, this order exonerating bail is sought.

Accordingly, it is hereby requested that the bail and Appearance Bond for the defendant be fully exonerated and that the Clerk of the District Court be directed to reconvey the above-described real property to the Trustors identified in the Deed of Trust naming the Clerk of this Court as beneficiary as filed and received by the Court. It is further requested that the Clerk of the Court be directed to release the defendant's passport to counsel for the defendant.

Dated: May 4, 2007

**SEGAL & KIRBY**

/s/
JAMES P. MAYO
Attorney for Defendant

### ORDER

**IT IS HEREBY ORDERED** that the bail and Appearance Bond defendant Steve Tacang secured by Deed of Trust in real property located at 8024 Bridgeburn Court, Elk Grove, California are hereby exonerated.

**IT IS FURTHER ORDERED** that the Clerk of the District Court is directed to immediately reconvey the real property to the Trustors identified in the Deed of Trust previously filed and received by the Court.

**IT IS FURTHER ORDERED** that Defendant's request for release of his passport to his attorney is not granted.  Such a request should be presented to

Defendant's probation officer after Defendant is placed on supervised release should Defendant then desire possession of his passport.

Dated:  May 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge